STATE OF CONNECTICUT *v.* RICHARD SALZ

The defendant's petition for certification for appeal from the Appellate Court, 26 Conn. App. 448, is granted, limited to the following issue:

"Was there sufficient evidence to support the defendant's conviction of manslaughter in the second degree?"

*Todd Fernow,* in support of the petition.

*Rita N. Shair,* assistant state's attorney, in opposition.

Decided April 22, 1992

STATE OF CONNECTICUT *v.* DERWIN GAMBLE

The defendant's petition for certification for appeal from the Appellate Court, 27 Conn. App. 1, is denied.

*Kent Drager,* assistant public defender, and *G. Douglas Nash,* public defender, in support of the petition.

*Paul J. Ferencek,* assistant state's attorney, in opposition.

Decided April 22, 1992

LAFAYETTE BANK AND TRUST COMPANY *v.* CHARLES SZENTKUTI ET AL.

The defendants Charles Szentkuti, Vija Szentkuti and C.V. Construction Company's petition for certification for appeal from the Appellate Court, 27 Conn. App. 15, is denied.

*Allen Gary Palmer,* in support of the petition.

*Edward R. Scofield,* in opposition.

Decided April 22, 1992